IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Caldwell, Anthony | Case Number: 09 B 04378 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 03/03/09 | Filed: 2/12/09 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: March 2, 2009
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | RoundUp Funding LLC | Unsecured | 141.75 | 0.00 |
| 2. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 3. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 4. | Comcast | Unsecured | | No Claim Filed |
| 5. | Asset Acceptance | Unsecured | | No Claim Filed |
| 6. | Evanston Northwestern Healthcare | Unsecured | | No Claim Filed |
| 7. | Credit Collections Services | Unsecured | | No Claim Filed |
| 8. | Credit Management Co. | Unsecured | | No Claim Filed |
| 9. | ENH Laboratory Services Clinic | Unsecured | | No Claim Filed |
| 10. | Van Ru Credit Corporation | Unsecured | | No Claim Filed |
| 11. | ENH Radiology | Unsecured | | No Claim Filed |
| 12. | First Consumers National Bank | Unsecured | | No Claim Filed |
| 13. | Credit Protection Association | Unsecured | | No Claim Filed |
| 14. | Hirsch Management | Unsecured | | No Claim Filed |
| 15. | I C Systems Inc | Unsecured | | No Claim Filed |
| 16. | I C Systems Inc | Unsecured | | No Claim Filed |
| 17. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 18. | Omni Credit Service | Unsecured | | No Claim Filed |
| 19. | Mitchell N Kay | Unsecured | | No Claim Filed |
| 20. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 21. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 22. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 23. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 24. | Washington Mutual | Unsecured | | No Claim Filed |
| 25. | Sprint | Unsecured | | No Claim Filed |
| 26. | Illinois Dept of Revenue | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Caldwell, Anthony | Case Number: 09 B 04378 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 03/03/09 | Filed: 2/12/09 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | The Bureau Inc | Unsecured | | No Claim Filed |
| 28. | Professional Account Management | Unsecured | | No Claim Filed |
| 29. | Asset Acceptance | Unsecured | | No Claim Filed |
| 30. | Verizon Wireless Midwest | Unsecured | | No Claim Filed |
| | | | $ 141.75 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: